IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MAYRA ADELAIDA CARBAJAL-HERRERA,<br><br>Defendant. | CR NO: 2:11-CR-00151-LKK |

**FILED**
JUL 30 2014
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
☒ Ad Prosequendum ☐ Ad Testificandum

Name of Detainee: MAYRA ADELAIDA CARBAJAL-HERRERA
Detained at: Central California Women's Facility (CCWF)
Detainee is: a.) ☒ charged in this district by: ☒ Indictment ☐ Information ☐ Complaint
charging detainee with: Deported Alien Found in the United States
or b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will: a.) ☐ return to the custody of detaining facility upon termination of proceedings
or b.) ☒ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary FORTHWITH in the Eastern District of California.*

| | |
|---|---|
| Signature: | /s/ Nirav Desai |
| Printed Name & Phone No: | AUSA Nirav Desai/916-554-2716 |
| Attorney of Record for: | United States of America |

## WRIT OF HABEAS CORPUS
☒ Ad Prosequendum ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, **FORTHWITH**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: 7/30/14

_____
Honorable Dale A. Drozd
U.S. MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | Delia Ramirez | ☐ Male ☒ Female | |
| Booking or CDC #: | WE2387 | DOB: | 1/29/69 |
| Facility Address: | 23370 Road 22, Chowchilla, CA 93610 | Race: | |
| Facility Phone: | 559-665-5531 | FBI#: | |
| Currently | | | |

## RETURN OF SERVICE

Executed on: _____  _____
(signature)