1   HEATHER E. WILLIAMS, #122664
    Federal Defender
2   DOUGLAS J. BEEVERS, #288639
    Assistant Federal Defender
3   Designated Counsel for Service
    801 I Street, 3rd Floor
4   Sacramento, CA 95814
    Telephone: (916) 498-5700
5
    Attorney for Defendant
6   MAYRA CARBAJAL-HERRERA

7
                    IN THE UNITED STATES DISTRICT COURT
8
                  FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10  UNITED STATES OF AMERICA,          )   Case No. 2:11-cr-151 MCE
                                       )
11              Plaintiff,             )   **AMENDED** STIPULATION AND ORDER TO
                                       )   CONTINUE STATUS CONFERENCE AND
12      v.                             )   TO EXCLUDE TIME
                                       )
13  MAYRA A. CARBAJAL-HERRERA,         )   Date:    September 25, 2014
                                       )   Time:    9:00 a.m.
14              Defendant.             )   Judge:   Honorable Morrison C. England, Jr.
                                       )
15  _____

16
17          IT IS HEREBY STIPULATED by and between the parties hereto through their

18  respective counsel, Nirav Desai, Assistant United States Attorney, attorney for Plaintiff, and

19  Douglas J. Beevers, attorney for MAYRA CARBAJAL-HERRERA, that the status conference

    date of September 18, 2014 be continued to September 25, 2014 at 9:00 a.m.
20
            The reason for the continuance is to permit counsel to meet with the defendant and staff
21
    interpreter to review the plea agreement.  Currently, the defendant is housed in the Nevada City
22
    Jail.
23
            Based upon the foregoing, the parties agree that the time under the Speedy Trial Act
24
    should be excluded from the date of signing of this order through and including September 25,
25
    2014 pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local
26
    Code T4 based upon continuity of counsel and defense preparation.
27  / / /

28  / / /

DATED: September 9, 2014         HEATHER E. WILLIAMS
                                 Federal Defender


                                 */s/ Douglas J. Beevers*
                                 DOUGLAS J. BEEVERS
                                 Assistant Federal Defender
                                 Attorney for MAYRA A. CARBAJAL


DATED: September 9, 2014         BENJAMIN B. WAGNER
                                 United States Attorney


                                 */s/ Nirav Desai*
                                 NIRAV DESAI
                                 Assistant U.S. Attorney
                                 Attorney for Plaintiff

## ORDER

Upon good cause shown and the stipulation of all parties, the September 18, 2014 status conference is CONTINUED to September 25, 2014 at 9:00 a.m.  Based on the representation of defense counsel and good cause appearing there from, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time up to and including the September 25, 2014, hearing date shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

IT IS SO ORDERED.

Dated:  September 11, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT